IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MING SEN SHIUE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | Case No.  CIV-06-1370-F |
| ) | |
| JOSEPH SCIBANA, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On May 18, 2007, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that petitioner, Ming Sen Shiue's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied.

Presently before the court is petitioner's objection to the Report and Recommendation.  Having conducted a *de novo* review of the matter in accordance with 28 U.S.C. § 636(b)(1), the court agrees with the analysis and recommendation of Magistrate Judge Purcell and accepts, adopts, and affirms the Report and Recommendation.  The court has considered all the arguments and claims of petitioner and concludes that the arguments and claims are without merit and do not warrant the granting of habeas relief.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on May 18, 2007 (doc. no. 22) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  Petitioner, Ming Sen Shiue's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

DATED August  1, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1370p002(pub).wpd